IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00225-ZLW

M. BERNIECE JOHNSON,

    Plaintiff,

v.

TODD K. FUSS,
PAULA S. BOWERS,
CAROL DIETRICT FUSS,
MRS. DIETRICT, mother of Carol Fuss,
VICKIE FUSS, true name unknown,
JEAN WILLITT, motion of Todd Fuss,
MR. A. WILLITT, Jean Willitt's husband,
JOHN WIMBERLY, true name unknown,
TERA FUSS, sister of Todd Fuss, true name unknown,
CRYSTAL FUSS, sister of Todd Fuss, true name unknown,
ZANE FUSS, brother of Todd Fuss,
JERRY SMITH,
DENVER POLICE DEPARTMENT,
JEFFERSON COUNTY POLICE DEPARTMENT,
DAVID LITTMAN (lawyer-ad litem),
WILLIAM KING (lawyer representing Todd Fuss), and
LARRY LEECH, (lawyer pretending to represent the plaintiff while helping Todd Fuss
  and cohorts),

    Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

  Plaintiff submitted a Misdirected Appeal Action of Dismissal by District Court and an

Amended Notice of Appeal on May 13, 2009.  The court has determined that the document is

deficient as described in this order.  Plaintiff will be directed to cure the following if she wishes to

1

pursue this appeal.

**(A)**     **Filing Fee**
       X     is not submitted

**(B)**     **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X     is not submitted
       __     is missing affidavit
       __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
       __     is missing required financial information
       __     is missing an original signature by the prisoner
       __     is not on proper form (must use the court's current form)
       __     other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30

days from the date of this order, the court of appeals will be so notified.

    DATED at Denver, Colorado this 15th day of May, 2009.

                                            BY THE COURT:

                                            *[signature]*

                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court